178 F.3d 1280
 Earl Stanley Morris, Doris J. Morris, Nicole Camille Handley
v.
Borough of Red Bank, Richard Coutu, Ptl., Board of
Freeholders, Monmouth County Jail, Michael Cassidy, Mark
Fitzgerald, Ptl., Dennis Kerr, Joseph Muttie, Tinton Falls
Police Department, Monmouth County Prosecutor's Office, Red
Bank Police Department, Borough of Tinton Falls, Gerald
Turning, Edward Kirshenbaum, C. Devaney, Dr. Bernstein, Dr.
Hayne, John Doe, Day Supv., Jane Doe, John Doe, Night
 NOS. 96-5423, 96-5424
 United States Court of Appeals,
Third Circuit.
 March 16, 1999
 
 1
 Appeal From: D.N.J. ,No. 91cv00225, 91cv00226, 91cv00227, 91cv00228, 91cv00229, 91cv00230, 91cv00231, 91cv00232, 91cv00233
 
 
 2
 Affirmed.